**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:12-cv-01307-MSK-KMT

CATHY E. YOST, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

GEORESOURCES INC.,
HALCÓN RESOURCES CORPORATION,
FRANK A. LODZINSKI,
ROBERT J. ANDERSON,
JAY F. JOLIAT,
BRYANT W. SEAMAN, III,
MICHAEL A. VLASIC,
NICHOLAS L. VOLLER,
DONALD J. WHELLEY,
LEOPARD SUB I, INC. and
LEOPARD SUB II, LLC,

Defendants.

---

**JOINT MOTION FOR AN ORDER GRANTING: (1) FINAL JUDGMENT APPROVING SETTLEMENT; (2) CERTIFYING SETTLEMENT CLASS; AND (3) AWARDING ATTORNEYS' FEES AND EXPENSES**

---

Plaintiff Cathy E. Yost and Defendants, through their undersigned counsel, hereby jointly move for an order granting: (1) Final Approval Of Settlement; (2) Certifying the Settlement Class; and (3) Awarding Attorneys' Fees and Expenses.

On July 16, 2013, this Court held a hearing wherein the Court considered the above with respect to this Action. The Courtroom Minutes from the July 16, 2013 hearing provide the following:

> The preliminary approval of the settlement made on March 19, 2013 is finalized; the class is certified; the settlement agreement is approved. The Court approves attorneys' fees incurred of $327,596 and costs of $15,710 for the reasons stated on the record. The Court will enter an abbreviated judgment incorporating this oral order, but the effect of this order and judgment are STAYED until **September 16, 2013.**

Dkt. No. 68 at 2.

Pursuant to the Court's oral instructions at the July 16, 2013 hearing and the above Courtroom Minutes, there is a 90-day deadline for appeals by non-party Federal and State officials entitled to do so under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §1715(a). The Parties jointly submit that the CAFA review period has expired on September 16, 2013 without any comments from any non-party Federal and State officials entitled to do so under CAFA during the review period.

Pursuant to D.C.Colo.LCivR 7.1A, the parties have conferred and jointly bring this motion based on their mutual desire to bring finality to this matter.

Based on the aforementioned, the Parties respectfully request entry of Final Judgment consistent with the Court's ruling on July 16, 2013.

Respectfully submitted,

Dated: September 30, 2013

THE SHUMAN LAW FIRM

*/s/ Kip B. Shuman*

Kip B. Shuman
Rusty E. Glenn
885 Arapahoe Ave.
Boulder, CO 80302
Telephone: (303) 861-3003
Facsimile: (303) 484-4886

—and—

Juan E. Monteverde
FARUQI & FARUQI, LLP
369 Lexington Ave., 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

***Attorneys for Plaintiff***

Dated: September 30, 2013

FULBRIGHT & JAWORSKI, LLP

*/s/Peter A. Stokes*

Peter A. Stokes, Esq.
98 San Jacinto Boulevard, #1100
Austin, TX 78701
Email: pstokes@fulbright.com

—and—

William J. Leone, Esq.
Lucy H. Deakins, Esq.
FULBRIGHT & JAWORSKI, LLP
1200 17th Street, Suite 1000
Denver, CO 80202
Email: wleone@fulbright.com
Email: ldeakins@fulbright.com

***Attorneys for GeoResources Defendants***

Dated: September 30, 2013

THOMPSON & KNIGHT LLP

*/s/Michael Stockham*

Michael Warren Stockham
Timothy Robert McCormick
1722 Routh Street

One Arts Plaza
#1500
Dallas, TX 75201-2533
214-969-1700
Fax: 214-969-1750
Email: Michael.Stockham@tklaw.com
Email: Timothy.McCormick@tklaw.com

—and—

Brian G. Eberle
SHERMAN & HOWARD, L.L.C.
633 17th Street
#3000
Denver, CO 80202-3622
303-297-2900
Fax: 303-298-0940
Email: beberle@sah.com

***Attorneys for Halcón Defendants***

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2013, the foregoing document was served on all parties or their counsel of record through the CM/ECF System if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

*/s/ Rusty E. Glenn*
Rusty E. Glenn